# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VARKONYI, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED LAUNCH ALLIANCE, LLC, et al, and DOES 1 to 100, inclusive<br><br>　　　　Defendant, | CASE NO.:  2:23-cv-00359-SB-MRW<br><br>Assigned for all Purposes to Hon. Stanley Blumenfeld, Jr., Ctrm. 6C<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** |

**PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT**:

The Court hereby makes the Protective Order Regarding Confidentiality of Documents Produced in Discovery by Defendant United Launch Alliance an Order of the Court.

**IT IS SO ORDERED.**

DATED: ____9/29/2023____

_[signature]_

**JUDGE MICHAEL R. WILNER**
**United States Magistrate Judge**