JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VARKONYI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED LAUNCH ALLIANCE, LLC,<br><br>　　　　Defendant, | CASE NO.:  2:23-cv-00359-SB-MRW<br><br>**FINAL JUDGMENT**<br><br>Trial: March 25, 2024 |

　　Pursuant to the November 17, 2023 stipulation of partial dismissal, Plaintiff's March 18, 2024 notice of dismissal of his disparate impact claim, and the Jury's verdict rendered on March 26, 2024 in favor of Defendant United Launch Alliance and against Plaintiff Robert Varkonyi, it is ORDERED AND ADJUDGED that Plaintiff shall take nothing on his claims in this case.

　　Defendant, as the prevailing party, shall recover reasonable costs in accordance with Rule 54 of the Federal Rules of Civil Procedure and Civil Local Rule 54 of the United States District Court, Central District of California, with interest calculated from the date of entry of judgment at the rate specified by 28 U.S.C. § 1961, and to the extent that entitlement to said costs is proven to this Court.

　　This is a final judgment.

DATED:  April 2, 2024

_____
Honorable Stanley Blumenfeld Jr.
United States District Judge