Katessa Charles (SBN 146922)
Katessa.Charles@jacksonlewis.com
Craig Reese (SBN 238332)
Craig.Reese@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Shannon L. Miller (Admitted *Pro Hac Vice*)
shannon.miller@jacksonlewis.com
JACKSON LEWIS P.C.
Synovus Center
800 Shades Creek Parkway, Suite 870
Birmingham AL 35209
Telephone: (205) 332-3102
Facsimile: (205) 332-3131

Attorneys for Defendant
UNITED LAUNCH ALLIANCE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VARKONYI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED LAUNCH ALLIANCE, LLC, et al, and DOES 1 to 100, inclusive<br><br>Defendant, | **CASE NO.: 2:23-cv-00359-SB-MRW**<br><br>Assigned for all Purposes to Hon. Stanley Blumenfeld, Jr., Ctrm. 6C<br><br>**DEFENDANT UNITED LAUNCH ALLIANCE LLC'S ITEMIZATION IN SUPPORT OF APPLICATION TO THE CLERK TO TAX COSTS** |

| Tab 1: Filing Fees | | | |
|---|---|---|---|
| Ex. | Description | Amount | Comment |
| 1 | United States District Court Application to Appear Pro Hac Vice and Proposed Order, Exhibit 1. | $500.00 | L.R. 54-3.1 |
| | Total: | **$500.00** | |

1

| Tab 2: Fees for Service of Process | | | |
|---|---|---|---|
| **Ex.** | **Description** | **Amount** | **Comment** |
| 2 | Service of Process regarding subpoena for witness Santa Maria VA Clinic, October 24, 2023, Exhibit 2. | $124.00 | L.R. 54-3.2 FRCP 45 |
| 3 | Service of Process regarding subpoena for witness Lompoc Valley Medical Center (Medical), October 25, 2023, Exhibit 3. | $186.90 | L.R. 54-3.2 FRCP 45 |
| 4 | Service of Process regarding subpoena for witness New Life Ministries, October 31, 2023, Exhibit 4. | $339.66 | L.R. 54-3.2 FRCP 45 |
| 5 | Service of Process regarding subpoena for witness Lompoc Valley Medical Center (Billing), December 13, 2023, Exhibit 5. | $140.86 | L.R. 54-3.2 FRCP 45 |
| 6 | Service of Process regarding subpoena for witness Department of Veterans Affairs, West Los Angeles Medical Center, January 10, 2024, Exhibit 6. | $91.50 | L.R. 54-3.2 FRCP 45 |
| | Total: | **$882.92** | |

DEFENDANT UNITED LAUNCH ALLIANCE LLC'S ITEMIZATION IN SUPPORT OF APPLICATION TO THE CLERK TO TAX COSTS

**Tab 4:  Transcript of Court Proceedings**

| Ex. | Description | Amount | Comment |
|---|---|---|---|
| 7 | Trial Transcript dated March 25, 2024, Exhibit 7. | $1,378.98 | L.R. 54-3.4 |
| | Total: | **$1,378.98** | |

**Tab 5:  Deposition Transcripts**

| Ex. | Description | Amount | Comment |
|---|---|---|---|
| 8 | Robert Varkonyi taken on September 22, 2023, Exhibit 8. | $342.00 | L.R. 54-3.5(a) |
| 9 | Liane George ("George") taken on November 2, 2023, Exhibit 9. | $858.00 | L.R. 54-3.5(a) |
| 10 | Jose Duenas ("Duenas") taken on November 6, 2023, Exhibit 10. | $570.00 | L.R. 54-3.5(a) |
| | Total: | **$1,770.00** | |

**Tab 6:  Witness Fees**

| Ex. | Description | Amount | Comment |
|---|---|---|---|
| 11 | Liane George travel expenses for attendance at 11/2/2023 deposition – Accommodations at InterContinental Los Angeles Downtown, 11/1/2023-11/3/2023, Exhibit 11. | $721.44 | L.R. 54-3.6 28 U.S.C. §1821 |
| 12 | Liane George travel expenses for attendance at 11/2/2023 deposition | $6.25 | L.R. 54-3.6 28 U.S.C. §1821 |

DEFENDANT UNITED LAUNCH ALLIANCE LLC'S ITEMIZATION IN SUPPORT OF APPLICATION TO THE CLERK TO TAX COSTS

| | | | |
|---|---|---|---|
| | | - Meal at Café WG, 11/3/2023, Exhibit 12. | | |
| 13 | Liane George travel expenses for attendance at trial – meals at Intercontinental Los Angeles Downtown, 3/24/2024-3/27/2024, Exhibit 13. | $465.44 | L.R. 54-3.6 28 U.S.C. §1821 |
| 14 | Liane George travel expenses for attendance at trial – Accommodation at Intercontinental Los Angeles Downtown, 3/24/2024-3/27/2024, Exhibit 14. | $937.69 | L.R. 54-3.6 28 U.S.C. §1821 |
| 15 | Liane George travel expenses for attendance at trial – meal at Cube Café, 3/25/2024, Exhibit 15. | $15.22 | L.R. 54-3.6 28 U.S.C. §1821 |
| 16 | Liane George travel expenses for attendance at trial – meal at Café WG, 3/27/2024, Exhibit 16. | $11.95 | L.R. 54-3.6 28 U.S.C. §1821 |
| 17 | Jose Duenas travel expenses for attendance at trial – Roundtrip Mileage from Lompoc to Los Angeles, (310 miles x $0.67 per mile) plus parking ($20.00) and witness fee for attendance ($40.00), 3/26/2024, Exhibit 17. | $267.70 | L.R. 54-3.6 28 U.S.C. §1821 |
| | Total: | **$2,425.69** | |

DEFENDANT UNITED LAUNCH ALLIANCE LLC'S ITEMIZATION IN SUPPORT OF APPLICATION TO THE CLERK TO TAX COSTS

**Tab 12:  Other Costs**

| Ex. | Description | Amount | Comment |
|---|---|---|---|
| 18 | Liane George travel expenses for attendance at 11/2/2023 deposition – Roundtrip Flight from Colorado to Los Angeles, 11/1/2023-11/3/2023, Exhibit 18. | $1,626.92 | L.R. 54-3.6 28 U.S.C. §1821 |
| 19 | Liane George travel expenses for attendance at 11/2/2023 deposition – Transportation to Denver International Airport., 10/30/2023, Exhibit 19. | $178.00 | L.R. 54-3.6 28 U.S.C. §1821 |
| 20 | Liane George travel expenses for attendance at 11/2/2023 deposition – Transportation from Los Angeles International Airport to InterContinental Los Angeles Downtown, 11/1/2023, Exhibit 20. | $252.53 | L.R. 54-3.6 28 U.S.C. §1821 |
| 21 | Liane George travel expenses for attendance at 11/2/2023 deposition – Transportation from InterContinental Los Angeles Downtown to Los Angeles International Airport, 11/3/2023, Exhibit 21. | $252.53 | L.R. 54-3.6 28 U.S.C. §1821 |
| 22 | Liane George travel expenses for attendance at 11/2/2023 deposition | $178.00 | L.R. 54-3.6 28 U.S.C. §1821 |

DEFENDANT UNITED LAUNCH ALLIANCE LLC'S ITEMIZATION IN SUPPORT OF APPLICATION TO THE CLERK TO TAX COSTS

| | | | |
|---|---|---|---|
| | – Transportation from Denver International Airport, 11/3/2023, Exhibit 22. | | |
| 23 | Liane George Travel expenses for attendance at trial – Roundtrip Flight from Denver to Los Angeles, 3/24/2024-3/27/2024, Exhibit 23. | $1,499.58 | L.R. 54-3.6 28 U.S.C. §1821 |
| 24 | Liane George travel expenses for attendance at trial – Transportation to Denver International Airport, 3/24/2024, Exhibit 24. | $174.00 | L.R. 54-3.6 28 U.S.C. §1821 |
| 25 | Liane George travel expenses for attendance at trial – Transportation from Los Angeles International Airport to InterContinental Los Angeles Downtown, 3/24/2024, Exhibit 25. | $245.70 | L.R. 54-3.6 28 U.S.C. §1821 |
| 26 | Liane George travel expenses for attendance at trial – Flight change to Denver International Airport, 3/27/2024, Exhibit 26. | $136.01 | L.R. 54-3.6 28 U.S.C. §1821 |
| 27 | Liane George travel expenses for attendance at trial – Transportation from InterContinental Los Angeles Downtown to Los Angeles International Airport, 3/27/2024, Exhibit 27. | $225.23 | L.R. 54-3.6 28 U.S.C. §1821 |

DEFENDANT UNITED LAUNCH ALLIANCE LLC'S ITEMIZATION IN SUPPORT OF APPLICATION TO THE CLERK TO TAX COSTS

| 28 | Liane George travel expenses for attendance at trial – Transportation from Denver International Airport, 3/27/2024, Exhibit 28. | $174.00 | L.R. 54-3.6 28 U.S.C. §1821 |
|----|------------------------------------------------------------------------------------------------------------------------|---------|-----------------------------|
| 29 | Trial Boards showing Stipulated Facts of case, Exhibit 29. | $262.80 | L.R. 54-3.12 |
| | Total: | **$5,205.3** | |

| **TOTAL OF ALL COSTS** | **$12,162.89** |
|------------------------|----------------|

Dated:  April 15, 2024

JACKSON LEWIS P.C.

By _Katessa Charles_

Katessa Charles
Shannon L. Miller
Craig T. Reese
Attorneys for Defendant
UNITED LAUNCH ALLIANCE, LLC

4869-5054-0724, v. 1

DEFENDANT UNITED LAUNCH ALLIANCE LLC'S ITEMIZATION IN SUPPORT OF APPLICATION TO THE CLERK TO TAX COSTS

# EXHIBIT 1



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

TAX ID# 27-3093840

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 10630886 | 11636 |
| **Invoice Date** | **Total Due** |
| 6/15/23 | 28,705.44 |
| | |
| | |
| | |

Jackson Lewis PC-LA
Attn: Norma Ayala
725 S. Figueroa Street #2500
Los Angeles, CA 90017

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 11636 | 10630886 | 6/15/23 | 28,705.44 | 29 | | |
| | | | | **Service Detail** | | | | | |
| **Date** | **Ordr No.** | **Svc** | | | | | | **Charges** | **Total** |
| 6/01/23 | 5335038 | EFL | Jackson Lewis PC-LA<br>725 South Figueroa Street<br>LOS ANGELES      CA 90017<br>Caller: Ruth Perez-Pico<br>23-CV-00359<br>VARKONYI V UNITED LAUCH ALLIANCE<br>APPL FOR PRO HAC VICE<br><br>FILE/CONFORM/RETURN<br>ADVANCE FEES $500<br>Signed: SUBMITTED | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES      CA 90012<br><br><br><br><br><br><br>Ref: 574987 | | Base Chg : | 35.75 | 35.75 |
| E-FILING | | | | | | | | | |
| 6/07/23 | 5340292 | EFI | Jackson Lewis PC-LA<br>725 South Figueroa Street<br>LOS ANGELES      CA 90017<br>Caller: Ruth Perez-Pico<br>23-CV-00359<br>VARKONYI V UNITED LAUCH ALLIANCE<br>APPL TO APPEAR PHV AND PROP ORDER<br><br>FILE/CONFORM/RETURN<br>ADVANCE FEES $500<br>Signed: Submitted | UNITED STATES DISTRICT COURT<br>350 WEST 1ST ST<br>LOS ANGELES      CA 90012<br><br><br><br><br><br><br>Ref: 574987 | | Base Chg :<br>Adv/Wit Ck:<br>Check Chg : | 110.25<br>500.00<br>50.00 | 660.25 |
| eFILING IMMEDIATE | | | | | | | | | |
| | | | | **Total Charges** for Ref. - 574987: | 696.00 | | | | |

# EXHIBIT 2



# INVOICE

**Titan Legal Services, Inc.**
P.O. Box 867
Torrance, CA 90508
Phone: (310) 464-8655  Fax: (310) 464-8654

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| JACK82 | 10/24/2023 | SU398224-02-01 |

Bill To:
**Julie Fryer**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Ordered By:
**Craig T. Reese, Esq.**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

| | | |
|---|---|---|
| Claim No: | Client File No.: | 574987 |
| Insured: | Pertaining To: | Robert Edward Varkonyi |
| Date of Loss: | Records From: | Santa Maria VA Clinic |
| Plaintiff: **Robert Varkonyi, an individual** | | 1550 E. Main Street |
| Defendant: **United Launch Alliance, LLC, et al.** | | Santa Maria, CA, 93454 |

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | **45.00** |
| **Subpoena Preparation Charge** | | | **12.00** |
| **Service Attempted / Business Hours (Unsuccessful)** | | | **32.00** |
| **Out of Area Service Charge - Santa Maria, CA** | | | **35.00** |

**Comments:**

**Closed out order per your/client's request.**

| | | |
|---|---|---|
| SUB-TOTAL | | 124.00 |
| SALES TAX | | .00 |
| TOTAL DUE | | **$ 124.00** |

**Thank you for choosing Titan Legal Services, Inc.!**
**For inquiries, please contact us at (310) 464-8655.**

## PLEASE PAY FROM THIS INVOICE

**We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.**

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:SU398224-02/WHITARINV

# EXHIBIT 3



# INVOICE

**Titan Legal Services, Inc.**
P.O. Box 867
Torrance, CA 90508
Phone: (310) 464-8655   Fax: (310) 464-8654

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| JACK82 | 10/25/2023 | SU398224-03-01 |

Bill To:
**Julie Fryer**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Ordered By:
**Craig T. Reese, Esq.**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Claim No:
Insured:
Date of Loss:
Plaintiff: **Robert Varkonyi, an individual**
Defendant: **United Launch Alliance, LLC, et al.**

Client File No.: **574987**
Pertaining To: **Robert Edward Varkonyi**
Records From: **Lompoc Valley Medical Center**
**1515 East Ocean Avenue**
**Lompoc, CA, 93436**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | **45.00** |
| **Subpoena Preparation Charge** | | | **12.00** |
| **Service of Subpoena** | | | **32.00** |
| **Picked Up Records** | | | **32.00** |
| **Document(s) Backed Up to Database** | **120.00** | **0.10** | **12.00** |
| **Images Posted to Web** | **120.00** | **0.02** | **2.40** |
| **Custodian Witness Fee Advanced** | | | **15.00** |
| **Fee Advancement Charge** | **15.00** | **0.10** | **1.50** |
| **Out of Area Service Charge - Lompoc, CA** | | | **35.00** |

**Comments:**

| | |
|---|---|
| SUB-TOTAL | 186.90 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 186.90** |

**Thank you for choosing Titan Legal Services, Inc.!**
**For inquiries, please contact us at (310) 464-8655.**

## PLEASE PAY FROM THIS INVOICE

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

**We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.**

Order#:SU398224-03/WHITARINV

# EXHIBIT 4



# INVOICE

**Titan Legal Services, Inc.**
P.O. Box 867
Torrance, CA 90508
Phone: (310) 464-8655   Fax: (310) 464-8654

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| JACK82 | 10/31/2023 | SU398224-01-01 |

Bill To:
**Julie Fryer**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Ordered By:
**Craig T. Reese, Esq.**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Claim No:

Insured:

Date of Loss:

Plaintiff: **Robert Varkonyi, an individual**
Defendant: **United Launch Alliance, LLC, et al.**

Client File No.: **574987**

Pertaining To: **Robert Edward Varkonyi**

Records From: **New Life Ministries**
**336 N. G Street**
**Lompoc, CA, 93436**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | **45.00** |
| **Subpoena Preparation Charge** | | | **12.00** |
| **Service Attempted / Business Hours - Lompoc** **(3x/Unsuccessful/doors closed, no answer)** | | | **60.00** |
| **\*Subpoena Preparation Charge (amended)** | | | **12.00** |
| **\*Service of Subpoena (weekend/Sunday service in Lompoc, CA)** | | | **150.00** |
| **\*Copy Trip Charge (Lompoc, CA)** | | | **60.00** |
| **\*Document(s) Scanned (On-Site)** | **3.00** | **0.20** | **.60** |
| **\*Images Posted to Web** | **3.00** | **0.02** | **.06** |

**Comments:**

| | |
|---|---|
| SUB-TOTAL | 339.66 |
| SALES TAX | .00 |
| TOTAL DUE | **$ 339.66** |

**Thank you for choosing Titan Legal Services, Inc.!**
**For inquiries, please contact us at (310) 464-8655.**

## PLEASE PAY FROM THIS INVOICE

**We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.**

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:SU398224-01/WHITARINV

# EXHIBIT 5



# INVOICE

**Titan Legal Services, Inc.**
P.O. Box 867
Torrance, CA 90508
Phone: (310) 464-8655   Fax: (310) 464-8654

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| JACK82 | 12/13/2023 | SU398224-04-01 |

Bill To:
**Julie Fryer**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Ordered By:
**Craig T. Reese, Esq.**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Claim No:

Insured:

Date of Loss:

Plaintiff: **Robert Varkonyi, an individual**
Defendant: **United Launch Alliance, LLC, et al.**

Client File No.: **574987**
Pertaining To: **Robert Edward Varkonyi**

Records From: **Lompoc Valley Medical Center (BILLING)**
**1515 East Ocean Avenue**
**Lompoc, CA, 93436**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | 45.00 |
| **Subpoena Preparation Charge** | | | 12.00 |
| **Service of Subpoena** | | | 32.00 |
| **Document(s) Backed Up to Database** | 3.00 | 0.10 | .30 |
| **Images Posted to Web** | 3.00 | 0.02 | .06 |
| **Custodian Witness Fee Advanced** | | | 15.00 |
| **Fee Advancement Charge** | 15.00 | 0.10 | 1.50 |
| **Out of Area Service Charge - Lompoc, CA** | | | 35.00 |

**Comments:**

| | |
|---|---|
| SUB-TOTAL | 140.86 |
| SALES TAX | .00 |
| TOTAL DUE | **$ 140.86** |

**Thank you for choosing Titan Legal Services, Inc.!**
**For inquiries, please contact us at (310) 464-8655.**

## PLEASE PAY FROM THIS INVOICE

**We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.**

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:SU398224-04/WHITARINV

# EXHIBIT 6



# INVOICE

**Titan Legal Services, Inc.**
P.O. Box 867
Torrance, CA 90508
Phone: (310) 464-8655  Fax: (310) 464-8654

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| JACK82 | 1/10/2024 | SU399478-01-01 |

Bill To:
**Julie Fryer**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Ordered By:
**Craig T. Reese, Esq.**
**Jackson Lewis P.C.**
**725 S. Figueroa Street, Suite 2500**
**Los Angeles, CA 90017**

Claim No:

Insured:

Date of Loss:

Plaintiff:  **Robert Varkonyi, an individual**
Defendant:  **United Launch Alliance, LLC, et al.**

Client File No.:  **574987**
Pertaining To:  **Robert Edward Varkonyi**

Records From:  **Department of Veterans Affairs, West Los Angeles Medical Center**
**11301 Wilshire Blvd., Ground Floor, R.O.I.**
**Los Angeles, CA, 90073**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Basic Charge** | | | **48.00** |
| **Subpoena Preparation Charge** | | | **12.00** |
| **Service of Subpoena via certified mail** | | | **15.00** |
| **Custodian Witness Fee Advanced** | | | **15.00** |
| **Fee Advancement Charge** | **15.00** | **0.10** | **1.50** |

**Comments:**

**Closed out order as we are unable to hold and/or process this request any further. Status sent to your office regarding the problem in either locating, serving, and/or completing this request but as of this date no response.**

| | |
|---|---|
| SUB-TOTAL | 91.50 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 91.50** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

## PLEASE PAY FROM THIS INVOICE

**We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.**

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:SU399478-01/WHITARINV

# EXHIBIT 7

```
 1    MIRIAM V. BAIRD
      UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF
 2    CALIFORNIA, CSR 11893

 3    350 WEST FIRST STREET
      FOURTH FLOOR
 4    LOS ANGELES, CA 90012
      TAX ID #561871507
 5

 6    INVOICE
      JACKSON & LEWIS
 7    725 SOUTH FIGUEROA
      SUITE 2500
 8    LOS ANGELES, CA 90017

 9

10    ROBERT VARKONYI V. UNITED LAUNCH ALLIANCE, LLC, ET AL
      CV23-00359-SB
      DAILY TRIAL TRANSCRIPT OF MARCH 24, 2024
11    P.M. SESSION

12    163 pages @ 1378.98

13
      This amount is due and owing immediately
14

15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT 8



# I N V O I C E

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174197 | 3/18/2024 | 132703 |

| Job Date | Case No. |
|---|---|
| 9/22/2023 | 2:23-cv-00359-SB-MRW |

| Case Name |
|---|
| Robert Varkonya v. United Launch Alliance, LLC |

| Payment Terms |
|---|
| Net 30 (1.5%/mo. plus collection costs ) |

Ruth Perez-Pico
Jackson Lewis P.C.
725 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

Robert Varkonyi

| | | | | | |
|---|---|---|---|---|---|
| Reprint Original Transcript Fee | 312.00 | Pages | @ | 1.000 | 312.00 |
| Shipping and Handling | 1.00 | | @ | 30.000 | 30.00 |
| | **TOTAL DUE  >>>** | | | | **$342.00** |

Ordered by     : Katessa M. Charles
Jackson Lewis P.C.
725 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

For questions about payments email ARCR@tp.one
For billing inquiries, please email tpr.billing@tp.one

We appreciate the opportunity to work with you!

800.367.3376
www.trustpoint.one

Accounts Receivable Department
ARCR@trustpoint.one
678.496.2488 or 855.669.1205 ext. 602

**Tax ID:** 35-2640986

*Please detach bottom portion and return with payment.*

Ruth Perez-Pico
Jackson Lewis P.C.
725 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

| | | |
|---|---|---|
| Invoice No. | : | 174197 |
| Invoice Date | : | 3/18/2024 |
| **Total Due** | : | **$342.00** |

Remit To: **Trustpoint Court Reporting, LLC**
**3200 Cobb Galleria Pkwy, Ste 200**
**Atlanta, GA 30339**

| | | |
|---|---|---|
| Job No. | : | 132703 |
| BU ID | : | TP-Legal |
| Case No. | : | 2:23-cv-00359-SB-MRW |
| Case Name | : | Robert Varkonya v. United Launch Alliance, LLC |

# I N V O I C E

2 of 2



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174197 | 3/18/2024 | 132703 |

| Job Date | Case No. |
|---|---|
| 9/22/2023 | 2:23-cv-00359-SB-MRW |

| Case Name |
|---|
| Robert Varkonya v. United Launch Alliance, LLC |

| Payment Terms |
|---|
| Net 30 (1.5%/mo. plus collection costs ) |

Ruth Perez-Pico
Jackson Lewis P.C.
725 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

Billing Department
tpr.billing@tp.one
678.821.2129

**Tax ID:** 35-2640986

*Please detach bottom portion and return with payment.*

Ruth Perez-Pico
Jackson Lewis P.C.
725 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

Invoice No.    : 174197
Invoice Date  : 3/18/2024
**Total Due**     : **$342.00**

Remit To:  **Trustpoint Court Reporting, LLC**
**3200 Cobb Galleria Pkwy, Ste 200**
**Atlanta, GA 30339**

Job No.     : 132703
BU ID       : TP-Legal
Case No.    : 2:23-cv-00359-SB-MRW
Case Name   : Robert Varkonya v. United Launch Alliance, LLC

# EXHIBIT 9

**California Deposition Reporters, Inc.**
448 E. Foothill Blvd Suite 101
San Dimas, CA 91773
Phone: 626-915-1996



Jackson Lewis, PC - Alabama
Shannon Miller
800 Shades Creek Parkway
Suite 870
Birmingham, AL 35209

### Invoice #33247

| Date | Terms |
|------|-------|
| 11/13/2023 | Net 30 |

---

**Job #230887 on 11/02/2023 at 9:30 AM PT**

**Case:** Robert Varkonyi vs. United Launch Alliance, et al.
**Court Docket#:** 1:22-cv-00957-CDB
**Location:** 725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017

**Shipped On:** 11/08/2023
**Shipped Via:** Electronic Only
**Delivery Type:** 4 day Expedite
**Services:** Reporter

Deposition of Liane George

---

| | |
|---|---|
| Amount Due: | $ 858.00 |
| Paid: | $ 0.00 |

| Balance Due: | $ 858.00 |
|---|---|
| Payment Due: | 12/13/2023 |

Tax ID: 95-4168477
**Failure to pay invoice in full by the due date will add late fees and interest at 1.5% a month. You will be responsible for any collection and court cost associated with collecting on this invoice. Any special rates and discounts are only valid if paid within terms, if not paid within terms normal rates and late fees will be applied. No changes, discounts or adjustments will be made after 30 days of the date of the invoice.  We do not bill your clients directly, attorney/law firm is responsible for the payment of their invoices. Amount shown is discounted for payments by check. If you prefer to pay via credit card for your convenience we will accept all major credit cards with a 5% surcharge.**

# EXHIBIT 10

**California Deposition Reporters, Inc.**
448 E. Foothill Blvd Suite 101
San Dimas, CA 91773
Phone: 626-915-1996



Jackson Lewis, PC
Katessa Charles, Esq.
725 South Figueroa Street
Suite 2500
Los Angeles, CA 90017

### *Invoice #33349*

| Date | Terms |
|------|-------|
| 11/15/2023 | Net 30 |

**Job #231081 on 11/06/2023 at 1:00 PM PT**

| | |
|---|---|
| **Case:** Robert Varkonyi vs. United Launch Alliance, et al. | **Shipped On:** 11/13/2023 |
| **Court Docket#:** 1:22-cv-00957-CDB | **Shipped Via:** Electronic Only |
| **Location:** All parties appearing remotely via Zoom Remote, CA | **Delivery Type:** Normal |
| | **Services:** Reporter; Video Conference |

**Deposition of Jose Duenas**

| | |
|---|---|
| Amount Due: | $ 570.00 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 570.00** |
| **Payment Due:** | **12/15/2023** |

Tax ID: 95-4168477
**Failure to pay invoice in full by the due date will add late fees and interest at 1.5% a month. You will be responsible for any collection and court cost associated with collecting on this invoice. Any special rates and discounts are only valid if paid within terms, if not paid within terms normal rates and late fees will be applied. No changes, discounts or adjustments will be made after 30 days of the date of the invoice. We do not bill your clients directly, attorney/law firm is responsible for the payment of their invoices. Amount shown is discounted for payments by check. If you prefer to pay via credit card for your convenience we will accept all major credit cards with a 5% surcharge.**

# EXHIBIT 11

Lodging + Lodging Taxes
11/1 + 11/2

# INTERCONTINENTAL.
## LOS ANGELES DOWNTOWN

234          11-03-23

| | | | |
|---|---|---|---|
| **Liane George** | Folio No.       : **673633** | Room No.  : **4127** |
| | A/R Number  : | Arrival       : **11-01-23** |
| | Group Code   : | Departure  : **11-03-23** |
| | Company      : **Corporate Travel Management** | Conf. No.   : **66006883** |
| | Membership No. : **PC      772451166** | Rate Code  : **ILETM** |
| | Invoice No.     : | Page No.   : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-01-23 | *Accommodation | 299.73 | |
| 11-01-23 | Occupancy Tax | 41.96 | |
| 11-01-23 | LATMD | 5.99 | |
| 11-01-23 | CA Tourism | 0.58 | |
| 11-02-23 | Dekkadance Brkfst - Food     Room# 4127 : CHECK# 13621 | 36.18 | |
| 11-02-23 | *Accommodation | 290.03 | |
| 11-02-23 | Occupancy Tax | 40.60 | |
| 11-02-23 | LATMD | 5.80 | |
| 11-02-23 | CA Tourism | 0.57 | |
| 11-03-23 | Visa | | 721.44 |

Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review.  We look forward to welcoming you back soon.

| **Total** | **721.44** | **721.44** |
|---|---|---|
| **Balance** | **0.00** | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Hotel Los Angeles - Downtown
900 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 688-7777  Fax: (213) 223-9255

# EXHIBIT 12

Fri 11/3 Breakfast

## Cafe WG

900 Wilshire Blvd Suit 130
Los Angeles, CA 90017
(213) 439-9025

Server: Herbert          Station: 3

---
Take Out
---

### >> SETTLED <<

1 Vanilla Latte                 6.25
  Non Fat Milk

SUB TOTAL:                      6.25
Tax 1:                          0.00

TOTAL:                         $6.25

Visa Tendered:                  6.25

CHANGE:                         0.00

### >> Ticket #: 6 <<
Created: 11/3/2023 7:18:29 AM
SETTLED: 11/3/2023 7:19:03 AM

**********************************
Thank you for visiting WG Cafe.
Please come back soon !

**********************************



# EXHIBIT 13

Hotel Meals

# INTERCONTINENTAL.
## LOS ANGELES DOWNTOWN

| | 186 | 03-27-24 |
|---|---|---|

**Liane George**

| | | | | | |
|---|---|---|---|---|---|
| Folio No. | : | **723180** | Room No. | : | **5521** |
| A/R Number | : | | Arrival | : | **03-24-24** |
| Group Code | : | | Departure | : | **03-27-24** |
| Company | : | **Corporate Travel Management** | Conf. No. | : | **47014517** |
| Membership No. | : | **PC      772451166** | Rate Code | : | **ILETM** |
| Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 03-24-24 | Dekkadance Lunch - Food | Room# 5521 : CHECK# 15876 | 152.47 | |
| 03-24-24 | Dekkadance Dinner - Food | Room# 5521 : CHECK# 15888 | 152.47 | |
| 03-24-24 | Dekkadance Dinner - Food | Room# 5521 : CHECK# 15876 | -152.47 | |
| 03-24-24 | Room Service Dinner - Food | Room# 5521 : CHECK# 74982 | 52.11 | |
| 03-25-24 | Dekkadance Brkfst - Food | Room# 5521 : CHECK# 15889 | 87.86 | |
| 03-25-24 | Lobby Lounge Dinner - Food | Room# 5521 : CHECK# 50040 | 101.00 | |
| 03-26-24 | Dekkadance Brkfst - Food | Room# 5521 : CHECK# 10051 | 72.00 | |
| 03-27-24 | Visa | | | 465.44 |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review.  We look forward to welcoming you back soon.**

| **Total** | **465.44** | **465.44** |
|---|---|---|
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Hotel Los Angeles - Downtown
900 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 688-7777  Fax: (213) 223-9255

# EXHIBIT 14

Lodging & City Taxes

# INTERCONTINENTAL.
## LOS ANGELES DOWNTOWN

|  |  | 186 | 03-27-24 |
|---|---|---|---|

| **Liane George** | Folio No. | : **723179** | Room No. : | **5521** |
|---|---|---|---|---|
|  | A/R Number | : | Arrival : | **03-24-24** |
|  | Group Code | : | Departure : | **03-27-24** |
|  | Company | : **Corporate Travel Management** | Conf. No. : | **47014517** |
|  | Membership No. : **PC  772451166** |  | Rate Code : | **ILETM** |
|  | Invoice No. | : | Page No. : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-24-24 | *Accommodation | 249.00 | |
| 03-24-24 | Occupancy Tax | 34.86 | |
| 03-24-24 | LATMD | 4.98 | |
| 03-24-24 | CA Tourism | 0.49 | |
| 03-25-24 | *Accommodation | 269.00 | |
| 03-25-24 | Occupancy Tax | 37.66 | |
| 03-25-24 | LATMD | 5.38 | |
| 03-25-24 | CA Tourism | 0.52 | |
| 03-26-24 | *Accommodation | 289.00 | |
| 03-26-24 | Occupancy Tax | 40.46 | |
| 03-26-24 | LATMD | 5.78 | |
| 03-26-24 | CA Tourism | 0.56 | |
| 03-27-24 | Visa | | 937.69 |

**Thank you for staying with us!  Qualifying points for this stay will automatically be credited to your account.  Please tell us about your stay by writing a review here - www.ihgrewardsclub.com/review.  We look forward to welcoming you back soon.**

| **Total** | 937.69 | 937.69 |
|---|---|---|
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Hotel Los Angeles - Downtown
900 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 688-7777  Fax: (213) 223-9255

# EXHIBIT 15

*3/25  lunch*

## Cube Cafe

350 W. 1st Street
Los Angeles, CA 90012
(213) 894-3181
www.CubeCafeLA.com

Mar 25, 2024
12:02 PM
So Youn

Ticket: #56
Receipt: n19S
Authorization: 034921

VISA CREDIT
AID A0 00 00 00 03 10 10

| | |
|---|---:|
| Cold Sandwiches × 1 | $9.95 |
| Tuna Salad, NO Tomato | |
| Water × 1 | $3.95 |
| Smart Water Large | |
| Subtotal | $13.90 |
| Sales | $1.32 |
| Total | $15.22 |
| | $15.22 |

Liane J George

Thanks for letting us serve you!

# EXHIBIT 16

3/27 Breakfast

# Cafe WG
900 Wilshire Blvd Suit 130
Los Angeles, CA 90017
(213) 439-9025

Server: Joana                  Station: 3
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                  Take Out
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## >> SETTLED <<
1 Vanilla Latte                      6.25
  Non Fat Milk
1 Blueberry Muffin                   5.20

SUB TOTAL:                          11.45
Tax 1:                               0.50
                                  =========
## TOTAL:                         $11.95

Visa Tendered:                      11.95
                                  =========



## >> Ticket #: 22 <<
Created: 3/27/2024 8:04:39 AM
SETTLED: 3/27/2024 8:05:08 AM

******************************************
Thank you for visiting WG Cafe.
Please come back soon !

******************************************

# EXHIBIT 17



# EXHIBIT 18





Corporate Travel Management
1999 Broadway, Suite 3550
Denver, CO 80202
866-303-1014
Hrs. Mon-Fri 7:30am-5:30pm MDT
us.travelctm.com



Friday, 27OCT 2023 11:22 AM EDT

**Passengers**: LIANE JACKMAN GEORGE

Agency Reference Number: HOSKNR

UNITED LAUNCH ALLIANCE
9501 E PANORAMA CIRCLE
CENTENNIAL CO 80112
US

Review this itinerary for accuracy regarding flights/times/dates and personal information.
CTM must be notified within 24 hours regarding corrections.
Thank you for choosing CTM.
Agent: Vicki Younger

PENALTY INFORMATION - TICKET IS NON-REFUNDABLE NON-TRANSFERABLE
CHANGES ARE SUBJECT TO PENALTIES PLUS FARE INCREASE
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO TIME OF DEPARTURE
OTHERWISE YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
IF YOU HAVE TO CHANGE OR CANCEL YOUR TRIP

| AIR | Monday, 30OCT 2023 | | |
|-----|--------------------|---|---|
| | **United Airlines** | **Flight Number**: 0744 | Class: - FIRST |
| | **From**: (DEN) Denver CO, USA | **Depart**: 7:35 PM | |
| | **To**: (SBA) Santa Barbara CA, USA | **Arrive**: 9:16 PM | |
| | Stops: Nonstop | Duration: 2 hour(s) 41 minute(s) | |
| | Seats: 1E | Status: CONFIRMED | Miles: 903 / 1445 KM |
| | Equipment: Airbus Jet | MEAL: DINNER | |
| | Frequent Flyer Number: UAJQR94749 | | |
| | **United Airlines Confirmation number is MR07X9** | | |
| | Check in on-line to obtain boarding pass: United | | |
| | Click here for Baggage policies and fees: United | | |

| CAR | Monday, 30OCT 2023 | | |
|-----|--------------------|---|---|
| | **National Car Rental** | **Confirmation Number**: 1096761485- | |
| | **Pickup**: Santa Barbara CA, USA | **Pick up Time**: 9:00 PM | |
| | **Location**: 500 JAMES FOWLER RD SANTA BARBARA,CA,93117-3900 US | | |
| | **Phone**: 833-470-0452 | | |
| | **Drop Off**: Santa Barbara CA, USA | **Return**: Wednesday, 1NOV 2023 4:30 PM | |
| | **Location**: 500 JAMES FOWLER RD SANTA BARBARA,CA,93117-3900 US | | |
| | **Phone**: 833-470-0452 | | |
| | **Type**: Fullsize Auto A/C | **Rate**: USD 43.00 Daily Rate - unlimited free mi | |

Car membership Nbr: 943577876

*** MEET AND GREET SERVICE IS CONFIRMED ***

Corp Discount ID: XXXXXXX Car Membership Nbr: XXXXXXXXX

| HOTEL | Monday, 30OCT 2023 | |
|---|---|---|

**Santa Ynez Valley Marriott** (MARRIOTT)
555 Mcmurray RD Buellton CA 93427

**Number of Rooms**: 1

**Phone**: 1-805-6881000

**Rate**: USD 189.00

**Check Out**: Wednesday, 1NOV 2023

**Confirmation Number**: 75012559

Fax: 1-805-6880380

Room GUARANTEED TO VISA

**Reserved For**: GEORGE LIANE JACKMAN

Hotel cancellation policy: Cancel 1 Day Prior To Arrival To Avoid Penalties
Approximate total: 430.31 USD
HOTEL MEMBERSHIP PROVIDED

| AIR | Wednesday, 1NOV 2023 | |
|---|---|---|

**United Airlines**
Operated By: UA-SKYWEST DBA UNITED EXPRESS

**From**: (SBA) Santa Barbara CA, USA

**To**: (LAX) Los Angeles CA, USA

Stops: Nonstop

Seats: 3A

Equipment: E7W/AIR

ARRIVES LAX TERMINAL 7

Frequent Flyer Number: UAJQR94749

**United Airlines Confirmation number is MR07X9**
Check in on-line to obtain boarding pass: United
Click here for Baggage policies and fees: United

**Flight Number**: 5647        Class: - FIRST

**Depart**: 4:39 PM

**Arrive**: 5:36 PM

Duration: 0 hour(s) 57 minute(s)

Status: CONFIRMED        Miles: 89 / 142 KM

MEAL: NO MEAL SVC

| HOTEL | Wednesday, 1NOV 2023 | |
|---|---|---|

**Intercontinental Downtown** (INTER-CONTINENTAL)
900 Wilshire Boulevard Los Angeles CA 90017

**Number of Rooms**: 1

**Phone**: 213-688-7777

**Rate**: USD 299.73

**Check Out**: Friday, 3NOV 2023

**Confirmation Number**: 66006883

Fax: 213-260-6042

Room GUARANTEED TO VISA

**Reserved For**: GEORGE LIANE JACKMAN

** NOTE THIS IS A ONE TIME EXCEPTION TO BOOK THIS
** HOTEL OVER PER DIEM. APPROVED BY CARRIE

Hotel cancellation policy: Cancel 3 Days Prior To Arrival To Avoid Penalties
Approximate total: 766.64 USD|299.73 EFF 01NOV-02NOV|290.03 EFF 02NOV-03NOV
HOTEL MEMBERSHIP PROVIDED

| AIR | Friday, 3NOV 2023 | |
|---|---|---|

**United Airlines**

**From**: (LAX) Los Angeles CA, USA

**To**: (DEN) Denver CO, USA

Stops: Nonstop

Seats: 2D

**Flight Number**: 1048        Class: - FIRST

**Depart**: 10:30 AM

**Arrive**: 1:51 PM

Duration: 2 hour(s) 21 minute(s)

Status: CONFIRMED        Miles: 849 / 1358 KM

Equipment: 789/AIR                              MEAL: LUNCH

DEPARTS LAX TERMINAL 7
Frequent Flyer Number: UAJQR94749
**United Airlines Confirmation number is MR07X9**
Check in on-line to obtain boarding pass: United
Click here for Baggage policies and fees: United


** LOWEST LOGICAL COACH AIRFARE FOR THIS ITINERARY IS 511.82
UNITED AIRLINES INC. CONFIRMATION NUMBER - MR07X9
*** KNOWN TRAVELER NUMBER ADDED TO RESERVATION ***
OLD TKT NBR-0168061463816
NEW TICKET AMOUNT 1626.92
LESS OLD TICKET VALUE 1580.48
PLUS AIRLINE EXCH FEE 0.00
RESULTING CHARGE ON AIR 46.44
TKTEXCH-0168061463816/AMT-1626.92/PEN-0.00/TTL EXCH


Please check carry on requirements at www.tsa.gov.
Charges may apply for checked baggage. Contact carrier prior to travel.
For International Travel, please check the latest State Department Advisories.
Federal law forbids the carriage of certain hazardous materials, such as aerosols, fireworks, and flammable liquids, aboard the aircraft.
If you do not understand these restrictions, contact your airline or go to www.faa.gov.

Click here for CTM's Terms & Conditions information.
Click here to search for an invoice copy
How was your CTM Experience Today? Tell us how you received Excellent Service from your agent with a KUDOS and/or give us your feedback, we want to Hear From You!
**Our Management Teams are alerted to all comments and suggestions.**


Effective May 7, 2025, air travelers with identification/ID/ that does not meet the Real ID Act requirements must present an alternate form of ID in order to board a domestic flight. Please see the Department of Homeland Security Website for more information.
WWW.DHS.GOV/REAL-ID

# EXHIBIT 19

**Koehler, Sabrina M**

| | |
|---|---|
| **From:** | Lux Transportation Service <rideltscolorado@gmail.com> |
| **Sent:** | Monday, October 30, 2023 8:38 PM |
| **To:** | Koehler, Sabrina M |
| **Subject:** | EXTERNAL: Payment Receipt [For Conf#  57860 ] |

**\*\*\* EXTERNAL EMAIL – Be suspicious of attachments, links, and requests for login information. \*\*\* DO NOT open attachments or click on links from unknown senders or unexpected emails.**

## Lux Transportation Service

7673 S Estes Ct Littleton, CO 80128
United States of America
Tel: (303) 829-1411
Email: rideltscolorado@gmail.com

Payment Receipt

For Confirmation #57860

Transaction Date/Time: 10/30/2023
08:37 PM

| | |
|---|---|
| **Method:** | Visa ** ▮▮▮ |
| **Total Paid:** | $178.00 |
| **Transactions:** | AUTH_CAPTURE $178.00 (120086223493) |
| **Passenger:** | Liane George |
| **Trip Confirmation#** | 57860 |
| **Trip Date & Time:** | 10/30/2023 05:00 PM |
| **Routing Information:** | **Pick-up Location:** ▮▮▮▮▮▮▮▮▮▮ |
| | **Drop-off Location:** DIA, United Airlines 744 |

| **Charges & Fees** | | |
|---|---|---|
| | Flat Rate | $164.00 |
| | Tolls | $9.00 |
| | airport fee | $5.00 |
| | **Reservation Total:** | $178.00 |
| | **Payments/Deposits:** | $178.00 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |

# EXHIBIT 20

# VINCENT LIMOUSINE

**SERVICE RECEIPT**

42 - 06  Broadway,  Astoria,  NY 11103
Tel: (718) 729-0900 / (800) 335-5460
accounting@vincentlimousine.com

**Trip Number :**   551704

**Placed by :**   Sabrina Koehler

**Passenger :**   Ms. Liane George

**Date :**   11-1-23

**Start Time :**   5:36 pm

**Finish Time :**   10:21 pm

**Vehicle Type :**   Sedan

**Routing Information :**

**Pick Up At :**   Los Angeles International Airport UA5647, 1 World Way # Los Angeles CA  90045
**Drop Off At :**   InterContinental Los Angeles Downtown, an IHG Hote 900 Wilshire Boulevard # Los Angeles

| Payment Info: | | | |
|---|---|---|---|
| **Payment Type** | Visa | Base Rate: | $185.00 |
| **Card #:** | ▉▉▉▉▉ | STC | $15.73 |
| **Name :** | George, Liane | AMF: | $51.80 |
| **Charge Date** | 11/07/2023 | | |
| **Charge Time** | 1:53 pm | | |
| | | **Total** | **$252.53** |

A customary chauffeur gratuity of 20% is included.  This gratuity is subject to your discretion.

# EXHIBIT 21

# VINCENT LIMOUSINE

**SERVICE RECEIPT**

42 - 06  Broadway,  Astoria,  NY 11103
Tel: (718) 729-0900 / (800) 335-5460
accounting@vincentlimousine.com

| | |
|---|---|
| **Trip Number :** | 551705 |
| **Placed by :** | Sabrina Koehler |
| **Passenger :** | Gillain Dale |
| | Ms. Liane George |
| **Date :** | 11-3-23 |
| **Start Time :** | 7:30 am |
| **Finish Time :** | 8:15 am |
| **Vehicle Type :** | Sedan |

**Routing Information :**

| | |
|---|---|
| **Pick Up At :** | InterContinental Los Angeles Downtown, an IHG Hote 900 Wilshire Boulevard # Los Angeles |
| **Drop Off At :** | Los Angeles International Airport UA1048, 1 World Way # Los Angeles CA  90045 |

| | | | |
|---|---|---|---|
| **Payment Info:** | | Base Rate: | $185.00 |
| **Payment Type** | Visa | STC | $15.73 |
| **Card #:** | ▮▮▮▮ | AMF: | $51.80 |
| **Name :** | George, Liane | | |
| **Charge Date** | 11/07/2023 | | |
| **Charge Time** | 2:01 pm | | |
| | | **Total** | **$252.53** |

A customary chauffeur gratuity of 20% is included.  This gratuity is subject to your discretion.

# EXHIBIT 22

**Koehler, Sabrina M**

| | |
|---|---|
| **From:** | Lux Transportation Service <rideltscolorado@gmail.com> |
| **Sent:** | Friday, November 3, 2023 8:10 PM |
| **To:** | Koehler, Sabrina M |
| **Subject:** | EXTERNAL: Payment Receipt [For Conf#  57861 ] |

**\*\*\* EXTERNAL EMAIL – Be suspicious of attachments, links, and requests for login information. \*\*\* DO NOT open attachments or click on links from unknown senders or unexpected emails.**

### Lux Transportation Service
7673 S Estes Ct Littleton, CO 80128
United States of America
Tel: (303) 829-1411
Email: rideltscolorado@gmail.com

**Payment Receipt**

For Confirmation #57861

Transaction Date/Time: 11/03/2023
08:10 PM

| | |
|---|---|
| **Method:** | Visa \*\* 8974 |
| **Total Paid:** | $178.00 |
| **Transactions:** | AUTH_CAPTURE $178.00 (120095729757) |
| | |
| **Passenger:** | Liane & Jeff George |
| **Trip Confirmation#** | ▮ |
| **Trip Date & Time:** | 11/03/2023 02:18 PM |
| **Routing Information:** | **Pick-up Location:** DIA, United Airlines 2393 |
| | **Notes:** *Jeff's flight, IAH |
| | **Pick-up Location:** DIA, United Airlines 1048 |
| | **Notes:** * Liane's flight arrives DEN at 151pm |
| | **Drop-off Location:** ▮▮▮▮▮▮ |

| **Charges & Fees** | | |
|---|---|---|
| | Flat Rate | $164.00 |
| | Tolls | $9.00 |
| | airport fee | $5.00 |
| | **Reservation Total:** | $178.00 |
| | **Payments/Deposits:** | $178.00 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |

# EXHIBIT 23





Corporate Travel Management
1999 Broadway, Suite 3550
Denver, CO 80202
866-303-1014
Hrs. Mon-Fri 7:30am-5:30pm MDT
us.travelctm.com



Wednesday, 13MAR 2024 3:51 PM EDT

**Passengers**: LIANE JACKMAN GEORGE

Agency Reference Number: OVIGUY

UNITED LAUNCH ALLIANCE
9501 E PANORAMA CIRCLE
CENTENNIAL CO 80112
US

Review this itinerary for accuracy regarding flights/times/dates and personal information.
CTM must be notified within 24 hours regarding corrections.
Thank you for choosing CTM.
Agent: Vicki Younger

PENALTY INFORMATION - TICKET IS NON-REFUNDABLE NON-TRANSFERABLE
CHANGES ARE SUBJECT TO PENALTIES PLUS FARE INCREASE
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO TIME OF DEPARTURE
OTHERWISE YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
IF YOU HAVE TO CHANGE OR CANCEL YOUR TRIP

| AIR | Sunday, 24MAR 2024 | | |
|---|---|---|---|
| | **United Airlines** | **Flight Number**: 0405 | Class: - FIRST |
| | **From**: (DEN) Denver CO, USA | **Depart**: 9:55 AM | |
| | **To**: (LAX) Los Angeles CA, USA | **Arrive**: 11:33 AM | |
| | Stops: Nonstop | Duration: 2 hour(s) 38 minute(s) | |
| | Seats: 5B | Status: CONFIRMED | Miles: 849 / 1358 KM |
| | Equipment: Boeing 737-900 Jet | MEAL: SNACK | |
| | ARRIVES LAX TERMINAL 7 | | |
| | Frequent Flyer Number: UAJQR94749 | | |
| | **United Airlines Confirmation number is GFLNGB** | | |

| HOTEL | Sunday, 24MAR 2024 | | |
|---|---|---|---|
| | **Intercontinental Downtown** (INTER-CONTINENTAL) | | |
| | 900 Wilshire Boulevard Los Angeles CA 90017 | | |
| | **Number of Rooms**: 1 | **Confirmation Number**: 47014517 | |
| | **Phone**: 213-688-7777 | Fax: 213-260-6042 | |
| | **Rate**: USD 289.00 | Room GUARANTEED TO VISA | |
| | **Check Out**: Wednesday, 27MAR 2024 | **Reserved For**: GEORGE LIANE JACKMAN | |

HOTEL LOCATED ACORSS THE STREET FROM THE CLIENT

Hotel cancellation policy: Cancel 3 Days Prior To Arrival To Avoid Penalties
Approximate total: 1073.70 USD|249.00 EFF 24MAR-25MAR|269.00 EFF 25MAR-26MAR|289.00 EFF 26MAR-27MAR

| AIR | Wednesday, 27MAR 2024 | | |
|---|---|---|---|

**United Airlines**                                    **Flight Number**: 2146          Class: - FIRST
**From**: (LAX) Los Angeles CA, USA              **Depart**: 4:16 PM
**To**: (DEN) Denver CO, USA                      **Arrive**: 7:40 PM
Stops: Nonstop                                    Duration: 2 hour(s) 24 minute(s)
Seats: 2B                                         Status: CONFIRMED              Miles: 849 / 1358 KM
Equipment: Boeing 737-800 Jet                     MEAL: SNACK
DEPARTS LAX TERMINAL 7
Frequent Flyer Number: UAJQR94749
**United Airlines Confirmation number is GFLNGB**


** LOWEST LOGICAL COACH AIRFARE FOR THIS ITINERARY IS 409.40
THIS IS A NEGOTIATED FARE. VALID ONLY ON BOOKED CARRIER.
THIS IS A NONREFUNDABLE/NONTRANSFERABLE TICKET.
OLD TKT NBR-0168070564850
NEW TICKET AMOUNT 1499.58
LESS OLD TICKET VALUE 1107.12
PLUS AIRLINE EXCH FEE 0.00
RESULTING CHARGE ON AIR 392.46
TKTEXCH-0168070564850/AMT-1499.58/PEN-0.00/TTL EXCH
*** KNOWN TRAVELER NUMBER ADDED TO RESERVATION ***

**Ticket/Invoice Information**

Ticket for:     LIANEJACKMAN GEORGE
Date issued:  3/13/2024       Invoice Nbr: 0274296

**Ticketed Carrier: UNITED AIRLINES INC.**
Ticket Nbr:   0168093426690   Electronic Tkt:  Yes    Amount:   1499.58
Exchange for: 0168070564850   Issued: 03AUG23
                                     Total Exchange:    392.46

Charged to:  VI*************8974

Service fee:    LIANE JACKMAN GEORGE
Date issued:    3/13/2024
Document Nbr: 8900870274293               Amount:    28.00
Charged to:    VI*************8974

              Total Tickets:   392.46
              Total Fees:    28.00
              Total Amount:   420.46


Please check carry on requirements at www.tsa.gov.
Charges may apply for checked baggage. Contact carrier prior to travel.
For International Travel, please check the latest State Department Advisories.
Federal law forbids the carriage of certain hazardous materials, such as aerosols, fireworks, and flammable liquids, aboard the aircraft.
If you do not understand these restrictions, contact your airline or go to www.faa.gov.

Click here for CTM's Terms & Conditions information.
Click here to search for an invoice copy
How was your CTM Experience Today? Tell us how you received Excellent Service from your agent with a KUDOS and/or give us your feedback, we want to Hear From You!
**Our Management Teams are alerted to all comments and suggestions.**


Effective May 7, 2025, air travelers with identification/ID/ that does not meet the Real ID Act requirements must present an alternate

form of ID in order to board a domestic flight. Please see the Department of Homeland Security Website for more information. WWW.DHS.GOV/REAL-ID

# EXHIBIT 24

**Koehler, Sabrina M**

| | |
|---|---|
| **From:** | Lux Transportation Service <rideltscolorado@gmail.com> |
| **Sent:** | Sunday, March 24, 2024 5:37 PM |
| **To:** | Koehler, Sabrina M |
| **Subject:** | EXTERNAL: Payment Receipt [For Conf#  58920 ] |

**\*\*\* EXTERNAL EMAIL – Be suspicious of attachments, links, and requests for login information. \*\*\* DO NOT open attachments or click on links from unknown senders or unexpected emails.**

## Lux Transportation Service

7673 S Estes Ct Littleton, CO 80128
United States of America
Tel: (303) 829-1411
Email: rideltscolorado@gmail.com

Payment Receipt

**For Confirmation #58920**

Transaction Date/Time: 03/24/2024
05:37 PM

| | |
|---|---|
| **Method:** | Visa ** ▮▮▮ |
| **Total Paid:** | $174.00 |
| **Transactions:** | AUTH_CAPTURE $174.00 (13150153780) |
| **Passenger:** | Liane George |
| **Trip Confirmation#** | 58920 |
| **Trip Date & Time:** | 03/24/2024 07:45 AM |
| **Routing Information:** | **Pick-up Location:** ▮▮▮▮▮▮ |
| | **Drop-off Location:** DIA, United Airlines 405 |

| **Charges & Fees** | | |
|---|---|---|
| | Flat Rate | $160.00 |
| | Tolls | $9.00 |
| | airport fee | $5.00 |
| | **Reservation Total:** | $174.00 |
| | **Payments/Deposits:** | $174.00 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |
| **Issuer Response Code:** | 00 | |
| **Auth Code:** | 090213 | |
| **Customer Code:** | 30545 | |

# EXHIBIT 25

# VINCENT LIMOUSINE

**SERVICE RECEIPT**

42 - 06  Broadway,  Astoria,  NY 11103
Tel: (718) 729-0900 / (800) 335-5460
accounting@vincentlimousine.com

**Trip Number :**   560898

**Placed by :**   Veronica Berry

**Passenger :**   Ms. Liane George

**Date :**   3-24-24

**Start Time :**   11:33 am

**Finish Time :**   12:03 pm

**Vehicle Type :**   Sedan

**Routing Information :**

**Pick Up At :**   Los Angeles International Airport UA405, 1 World Way # Los Angeles CA  90045
**Drop Off At :**   InterContinental Los Angeles Downtown, an IHG Hote 900 Wilshire Boulevard # Los Angeles

| | | |
|---|---|---|
| **Payment Info:** | Base Rate: | $180.00 |
| **Payment Type**   Visa | STC | $15.30 |
| **Card #:** | AMF: | $50.40 |
| **Name :**   George, Liane | | |
| **Charge Date**   03/26/2024 | | |
| **Charge Time**    3:04 pm | | |
| | **Total** | **$245.70** |

A customary chauffeur gratuity of 20% is included.  This gratuity is subject to your discretion.

# EXHIBIT 26





Corporate Travel Management
1999 Broadway, Suite 3550
Denver, CO 80202
866-303-1014
Hrs. Mon-Fri 7:30am-5:30pm MDT
us.travelctm.com



Tuesday, 26MAR 2024 6:28 PM EDT
**Passengers**: LIANE JACKMAN GEORGE
Agency Reference Number: OVIGUY

UNITED LAUNCH ALLIANCE
9501 E PANORAMA CIRCLE
CENTENNIAL CO 80112
US

Review this itinerary for accuracy regarding flights/times/dates and personal information.
CTM must be notified within 24 hours regarding corrections.
Thank you for choosing CTM.
Agent: Vicki Younger

PENALTY INFORMATION - TICKET IS NON-REFUNDABLE NON-TRANSFERABLE
CHANGES ARE SUBJECT TO PENALTIES PLUS FARE INCREASE
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO TIME OF DEPARTURE
OTHERWISE YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
IF YOU HAVE TO CHANGE OR CANCEL YOUR TRIP

| HOTEL | Sunday, 24MAR 2024 | | |
|-------|--------------------|--|--|

**Intercontinental Downtown** (INTER-CONTINENTAL)
900 Wilshire Boulevard Los Angeles CA 90017

**Number of Rooms**: 1
**Phone**: 213-688-7777
**Rate**: USD 289.00
**Check Out**: Wednesday, 27MAR 2024

**Confirmation Number**: 47014517
Fax: 213-260-6042
Room GUARANTEED TO VISA
**Reserved For**: GEORGE LIANE JACKMAN

HOTEL LOCATED ACORSS THE STREET FROM THE CLIENT

Hotel cancellation policy: Cancel 3 Days Prior To Arrival To Avoid Penalties
Approximate total: 1073.70 USD|249.00 EFF 24MAR-25MAR|269.00 EFF 25MAR-26MAR|289.00 EFF 26MAR-27MAR

| AIR | Wednesday, 27MAR 2024 | | |
|-----|----------------------|--|--|

**United Airlines**
**From**: (LAX) Los Angeles CA, USA
**To**: (DEN) Denver CO, USA
Stops: Nonstop
Seats: 8D
Equipment: 789/AIR
DEPARTS LAX TERMINAL 7

**Flight Number**: 1260
**Depart**: 11:00 AM
**Arrive**: 2:19 PM
Duration: 2 hour(s) 19 minute(s)
Status: CONFIRMED
MEAL: SNACK

Class: - FIRST

Miles: 849 / 1358 KM

Frequent Flyer Number: UAJQR94749

**United Airlines Confirmation number is GFLNGB**


\*\* LOWEST LOGICAL COACH AIRFARE ONEWAY FOR CHANGE IS 353.66
THIS IS A NEGOTIATED FARE. VALID ONLY ON BOOKED CARRIER.
THIS IS A NONREFUNDABLE/NONTRANSFERABLE TICKET.
\*\*\* KNOWN TRAVELER NUMBER ADDED TO RESERVATION \*\*\*
OLD TKT NBR-0168093426690
NEW TICKET AMOUNT 1607.59
LESS OLD TICKET VALUE 1499.58
PLUS AIRLINE EXCH FEE 0.00
RESULTING CHARGE ON AIR 108.01
TKTEXCH-0168093426690/AMT-1607.59/PEN-0.00/TTL EXCH

**Ticket/Invoice Information**

Ticket for:    LIANEJACKMAN GEORGE
Date issued: 3/26/2024      Invoice Nbr: 0276342

**Ticketed Carrier: UNITED AIRLINES INC.**
Ticket Nbr:   0167058260749   Electronic Tkt:  Yes    Amount:   1607.59
Exchange for: 0168093426690   Issued: 03AUG23
                                              Total Exchange:   108.01
Charged to:  VI************

Service fee:   LIANE JACKMAN GEORGE
Date issued:   3/26/2024
Document Nbr: 8900870938143            Amount:   28.00
Charged to:   VI************

            Total Tickets:   108.01
            Total Fees:      28.00
            Total Amount:    136.01


Please check carry on requirements at www.tsa.gov.
Charges may apply for checked baggage. Contact carrier prior to travel.
For International Travel, please check the latest State Department Advisories.
Federal law forbids the carriage of certain hazardous materials, such as aerosols, fireworks, and flammable liquids, aboard the aircraft.
If you do not understand these restrictions, contact your airline or go to www.faa.gov.

Click here for CTM's Terms & Conditions information.
Click here to search for an invoice copy
How was your CTM Experience Today? Tell us how you received Excellent Service from your agent with a KUDOS and/or give us your feedback, we want to Hear From You!
**Our Management Teams are alerted to all comments and suggestions.**


Effective May 7, 2025, air travelers with identification/ID/ that does not meet the Real ID Act requirements must present an alternate form of ID in order to board a domestic flight. Please see the Department of Homeland Security Website for more information.
WWW.DHS.GOV/REAL-ID

# EXHIBIT 27

# VINCENT LIMOUSINE

**SERVICE RECEIPT**

42 - 06  Broadway,  Astoria,  NY 11103
Tel: (718) 729-0900 / (800) 335-5460
accounting@vincentlimousine.com

| | |
|---|---|
| **Trip Number :** | 560899 |
| **Placed by :** | Veronica Berry |
| **Passenger :** | Ms. Liane George |
| **Date :** | 3-27-24 |
| **Start Time :** | 8:30 am |
| **Finish Time :** | 9:30 am |
| **Vehicle Type :** | Sedan |

**Routing Information :**

**Pick Up At :**   InterContinental Los Angeles Downtown, an IHG Hote 900 Wilshire Boulevard # Los Angeles
**Drop Off At :**   Los Angeles International Airport UA1260, 1 World Way # Los Angeles CA  90045

| | | | |
|---|---|---|---|
| **Payment Info:** | | **Base Rate:** | $165.00 |
| **Payment Type** | Visa | STC | $14.03 |
| **Card #:** | ▮▮▮▮ | AMF: | $46.20 |
| **Name :** | George, Liane | | |
| **Charge Date** | 03/28/2024 | | |
| **Charge Time** | 3:00 pm | | |
| | | **Total** | **$225.23** |

A customary chauffeur gratuity of 20% is included.  This gratuity is subject to your discretion.

# EXHIBIT 28

**Koehler, Sabrina M**

| | |
|---|---|
| **From:** | Lux Transportation Service <rideltscolorado@gmail.com> |
| **Sent:** | Wednesday, March 27, 2024 9:04 PM |
| **To:** | Koehler, Sabrina M |
| **Subject:** | EXTERNAL: Payment Receipt [For Conf#  58921 ] |

**\*\*\* EXTERNAL EMAIL – Be suspicious of attachments, links, and requests for login information. \*\*\* DO NOT open attachments or click on links from unknown senders or unexpected emails.**

## Lux Transportation Service
7673 S Estes Ct Littleton, CO 80128
United States of America
Tel: (303) 829-1411
Email: rideltscolorado@gmail.com

**Payment Receipt**

### For Confirmation #58921

Transaction Date/Time: 03/27/2024
09:03 PM

| | |
|---|---|
| **Method:** | Visa ** ▮ |
| **Total Paid:** | $174.00 |
| **Transactions:** | AUTH_CAPTURE $174.00 (13203925142) |
| **Passenger:** | Liane George |
| **Trip Confirmation#** | 58921 |
| **Trip Date & Time:** | 03/27/2024 02:19 PM |
| **Routing Information:** | **Pick-up Location:** DIA, United Airlines 1260 |
| | **Drop-off Location:** ▮▮▮▮▮▮ |

| **Charges & Fees** | | |
|---|---|---|
| | Flat Rate | $160.00 |
| | Tolls | $9.00 |
| | airport fee | $5.00 |
| | **Reservation Total:** | $174.00 |
| | **Payments/Deposits:** | $174.00 |
| | **Authorizations:** | $0.00 |
| | **Total Due:** | $0.00 |

| | |
|---|---|
| **Issuer Response Code:** | 00 |
| **Auth Code:** | 024882 |
| **Customer Code:** | 30545 |

# EXHIBIT 29



**Please remit to:**
iDiscover, LLC
8909 West Olympic Blvd.
Suite 100
Beverly Hills, CA 90211

Tax ID: 90-0727968

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/31/2024 | 97243 |

**Electronic Discovery & Litigation Support Services**

| Bill To: | Ship To: |
|----------|----------|
| Jackson Lewis LLP<br>725 So. Figueroa St., Suite 2500<br>Los Angeles, CA 90017 | Jackson Lewis LLP<br>725 So. Figueroa St., Suite 2500<br>Los Angeles, CA 90017 |

*Questions?* please call: **(310) 556-7777**, or email **ap@idiscoverglobal.com**

| Case Name | Client Matter # | Job # | Terms | Rep | Order Date | Client Contact |
|-----------|-----------------|-------|-------|-----|-----------|----------------|
| Robert V. | 113551.574987 | LA18587 | Net 30 | M&E | 3/19/2024 | Julie Fryer |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Case Name: Robert Varkonyi v United Launch Alliance<br>Job Description: (2) 36X48 BLACK AND WHITE ENLARGEMENTS AND MOUNT |  |  |
| 2 | Trial Boards: Black & White Print Mounted | 120.00 | 240.00T |
|  | CA Sales Tax | 9.50% | 22.80 |

**Payment Terms:** Client agrees to pay all amounts due within the terms indicated on the invoice. Late payments accrue interest at 3% per month.

| | |
|---|---|
| **Sub Total** | $262.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $262.80 |

### *Thank you for choosing iDiscover!*

*Did you know iDiscover also provides forensic data and eDiscovery services?*
*Since 2007, iDiscover has provided mission-critical eDiscovery support for all types of complex cases. For a complete list of all iDiscover products and services, go to:* **www.idiscoverglobal.com**